# EXHIBIT B

## UCSF Medical Center

089-65-22-6     03/17/1989
Arroyo, Charles Andrew
Visit: 000010406142

Kerilyn K Nobuhara, MD
Box 0570

ADMITTED: 07/29/2005          DISCHARGED:     08/01/2005

PRINCIPAL DIAGNOSIS: Hereditary spherocytosis.

PRIMARY PROCEDURE: Laparoscopic splenectomy performed on July 29, 2005.

HISTORY OF PRESENT ILLNESS: The patient is a 16-year-old boy with hereditary spherocytosis who had no complications from his disease. The patient has never required any blood transfusion. His father had hereditary spherocytosis and underwent an open splenectomy. Please refer to the patient's clinic note for a full history and physical.

HOSPITAL COURSE: The patient was admitted to the hospital and taken to the operating room on July 29, 2005, and underwent an uncomplicated laparoscopic splenectomy. Please refer to the operative note for further details. The postoperative course was unremarkable. At the time of discharge he was afebrile and tolerating a regular diet, was up and walking and had good pain control on oral pain medications.

DISCHARGE MEDICATIONS:
1. Vicodin.
2. Amoxicillin.
3. The patient is instructed to take antibiotics when he develops a fever at home.

FOLLOWUP: The patient should follow up with his hematologist, Dr. Koerper but he is given our 24-hour contact number at 476-2538 to contact us with any questions.

EXTRA COPIES:

CARBON COPIES:          Kerilyn K Nobuhara, MD
                        Box 0570

DICTATED BY:            Lan T. Vu, MD 47616

Page 1 of 2                              DISCHARGE SUMMARY

CARBON COPY: Kerilyn K Nobuhara, MD

AUG 1 9 2005

Charles A. Arroyo # 15364-179
USP McCreary
P.O. Box 3000
Pine Knot, Ky 42635




U.S. POSTAGE PAID
FCM LG ENV
EL PASO, TX
79925
APR 07 20
AMOUNT
$4.75
R2305M149356-01

79901

7018 2290 0002 0098 5926
CERTIFIED MAIL

U.S. District Attorney Philip Martinez
525 Magoffin Ave Ste. 105
El Paso, Tx 79901

RECEIVED
APR 08 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK